UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN TROSCLAIR, ET AL.** | **CIVIL ACTION NO. 6:19-0318** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **INTERNATIONAL LABORATORIES, L.L.C., ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 56] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant International Laboratories, LLC's Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 49] is **DENIED**.

MONROE, LOUISIANA, this 4TH day of August, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE